**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: Lynn, MA            Category No. II            Investigating Agency ICE-ERO

City    Lynn

County    Essex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____     ☐ Yes  ☑ No

Defendant Name    Romeo Waldemar Gabriel Lopez            Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1991    SSN (last 4#): ____    Sex: M    Race ____    Nationality: Guatemala

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: David G. Tobin            Bar Number if applicable: 552558

**Interpreter:**    ☑ Yes  ☐ No            List language and/or dialect: Spanish

**Victims:**    ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/29/2025            Signature of AUSA: /s/ David G. Tobin

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Romeo Waldemar Gabriel Lopez

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 8 USC § 1326 | Unlawful re-entry of deported alien | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**